JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  5:25-cv-02970-DOC                                        Date:  February 24, 2026

Title:  In Re Kenneth D. Doyle

PRESENT:       THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

|          Karlen Dubon          |          Not Present          |
| :---: | :---: |
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| :---: | :---: |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**   **ORDER DISMISSING CASE IN LIGHT OF DISMISSAL OF UNDERLYING BANKRUPTCY CASE**

On February 23, 2026 Appellee filed a Notice (Dkt. 10) with this Court apprising it that the underlying bankruptcy case "was dismissed on November 10, 2025 for Appellant's failure to file required documents." Appellant has filed nothing since the initiation of the instant case on November 6, 2025, and all mailed notices to him by the Court have been returned as undeliverable. In light of this, the Court **DISMISSES** the appeal.

IT IS SO ORDERED.

Initials of Deputy Clerk: kdu